USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/23/2025

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re *Ex Parte* Application of ZHANEL SHAYAKHMETOVA pursuant to 28 USC § 1782 for an Order Granting Leave to Obtain Discovery for Use in a Foreign Proceeding,<br><br>Applicant. | ) CASE NO.  25-mc-260 (MKV)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER GRANTING ZHANEL SHAYAKHMETOVA'S EX PARTE APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING–SOCIETE GENERALE**

On this day, the Court considered the *Ex Parte* Application, brought under 28 U.S.C. § 1782, for an Order granting Petitioner, Zhanel Shayakhmetova, leave to serve Societe Generale North America with a subpoena to obtain discovery for use in a foreign proceeding.

The Court, having read and considered all the papers filed in support of Petitioner's Application for an Order to Conduct Discovery for Use in a Foreign Proceeding:

**HEREBY GRANTS** the Application.

IT IS, THEREFORE, ORDERED that, pursuant to 28 U.S.C. § 1782, Petitioner is authorized to serve the subpoena annexed as Exhibit F to the Declaration of Diana Katz Gerstel, Esq., upon Societe Generale North America.

Dated this __23__ day of __June__ 2025.

*Mary Kay Vyskocil*
UNITED STATES DISTRICT JUDGE

6924347.1