```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Ex Parte Application of ZHANEL SHAYAKHMETOVA pursuant to 28 USC § 1782 for an Order Granting Leave to Obtain Discovery for Use in a Foreign Proceeding,

            Applicant.

1:25-mc-00260-MKV

ORDER GRANTING MOTION TO INTERVENE AND TEMPORARY STAY

MARY KAY VYSKOCIL, United States District Judge:

      On June 23, 2025, the Court granted the *ex parte* motion of Zhanel Shayakhmetova for an Order Granting Leave to Obtain Discovery for Use in a Foreign Proceeding pursuant to 28 USC § 1782 [ECF No. 7; *see* ECF No. 8]. Now before the Court is the motion of Sylvain Gehler (1) to intervene in this miscellaneous action and (2) to stay temporarily enforcement of the subpoena compelling the production of documents by the respondent pending a meet-and-confer [ECF Nos. 9, 10, 11]. That motion is GRANTED. Accordingly, IT IS HEREBY ORDERED that on July 30, 2025, the parties shall file a joint status letter informing the Court whether the meet-and-confer was successful. If the meet-and-confer is not successful, any motion to quash must be filed by August 6, 2025. Further briefing shall proceed on the schedule set forth in Local Civil Rule 6.1(b).

SO ORDERED.

**Dated: July 16, 2025**
      **New York, New York**

                                          **MARY KAY VYSKOCIL**
                                         **United States District Judge**